**O'MELVENY & MYERS LLP**
Adam KohSweeney, CA Bar No. 229983
akohsweeney@omm.com
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: (415) 984-8700
Fax: (415) 984-8701

Attorneys for Defendant United Airlines, Inc.

**WINSTON LAW GROUP, P.C.**
David S. Winston, Esq. CA Bar No. 301667
david@employmentlitigators.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Phone: (424) 288-4568
Fax: (424) 532-4062

Attorney for Plaintiff and the Proposed Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHAMBERLAIN, an individual, on behalf of himself and others similarly situated, and as a private attorney general on behalf of the State of California,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED AIRLINES, INC. a Delaware Corporation; and DOES 1 thru 10, inclusive,<br><br>DEFENDANTS | Case No.: 3-18-cv-05246-RS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISS THE PUTATIVE CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Richard Seeborg<br>Complaint Filed: August 27, 2018<br>Trial Date: None Set |

The Court having reviewed the Joint Stipulation To Dismiss Plaintiff's Individual Claims With Prejudice and Dismiss The Putative Class and PAGA Claims Without Prejudice, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff's individual claims are dismissed with prejudice;
2. The putative Class and PAGA claims are dismissed without prejudice;

**IT IS SO ORDERED.**

Dated: 3/25/19

Hon. Richard Seeborg